**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARILYN S. SCHEER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID J. PASTERNAK et al.,<br><br>　　　　　Defendants. | Case No. CV 16-3813-R (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 28, 2017

　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE